UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>JOHNNY LEE MARTINEZ and GUILLERMO FARIAS, JR.,<br><br>                    Defendants. | Case No. 1:14-cr-00199-BLW<br><br>**ORDER CONTINUING TRIAL AND TRIAL READINESS CONFERENCE** |

Defendant Martinez was recently arraigned and scheduled for trial on March 2, 2015. Co-defendant Farias is scheduled for trial on January 20, 2015. Under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6), excludable time exists for "a reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted." No motion for severance has been filed. Accordingly, pursuant to 18 U.S.C. § 3161(h)(6), the Court will move Defendant Farias' trial to March 2, 2015 with Defendant MArtinez. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that the present trial date for Defendant Farias is VACATED, and that a new trial be set for **March 2, 2015 at 1:30 p.m.** in the U.S. Courthouse in Boise, Idaho.

IT IS FURTHER ORDERED that the period of time between the prior trial date

and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6).

IT IS FURTHER ORDERED that the current trial readiness conference for Defendant Farias be VACATED, and that a new trial readiness conference be conducted by telephone on **February 19, 2015 at 4:00 p.m.** The Government shall place the call to (208) 334-9145 with opposing counsel on the line.

DATED:  **January 8, 2015**

B. LYNN WINMILL
Chief U.S. District Court Judge