UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUILLERMO FARIAS JR.,<br><br>Defendant. | Case No. 1:14-cr-00199-BLW<br><br>**REPORT AND RECOMMENDATION** |

On May 6, 2015, Defendant Guillermo Farias Jr. appeared before the undersigned United States Magistrate Judge to enter a change of plea pursuant to a written plea agreement (Dkt. 40). The Defendant executed a waiver of the right to have the presiding United States District Judge take his change of plea. Thereafter, the Court explained to the Defendant the nature of the charges contained in the applicable Superseding Indictment (Dkt. 5), the maximum penalties applicable, his Constitutional rights, the impact that the Sentencing Guidelines will have, and that the District Judge will not be bound by the agreement of the parties as to the penalty to be imposed.

The Court, having conducted the change of plea hearing and having inquired of the Defendant, counsel, and the government, finds that there is a factual basis for the Defendant's guilty plea, that he entered it voluntarily and with full knowledge of the consequences, and that the plea should be accepted. The undersigned also ordered a pre-sentence investigation to be conducted and a report prepared by the United States

REPORT AND RECOMMENDATION - 1

Probation Office.

Because the offense to which Defendant entered his guilty plea is an offense in a case described in subparagraph (C) of subsection (f)(1) of Section 3142 in Title 18 of the United States Code, subjecting Defendant to detention upon a finding of guilt, the undersigned considered whether, under Section 3145(c), exceptional reasons were clearly shown as to why Defendant's detention pending imposition of sentencing would not be appropriate.

In this case, Defendant first appeared on November 21, 2014, for arraignment on the Superseding Indictment. The Government did not request detention and Defendant was released on his own personal recognizance, subject to standard and additional conditions of release by Magistrate Judge Larry M. Boyle. The conditions of release included, among others, medical or psychiatric treatment, substance abuse testing and therapy and counseling, and curfew. Since his release, Defendant has been compliant with conditions, maintained his employment, and continues to participate in both mental health and substance abuse treatment programs. Based on these collective circumstances, and considering the Government's non-opposition to release at the time of Defendant's initial appearance and continuation of the release pending sentence, the Court has concluded that exceptional reasons were clearly shown as to why Defendant's detention pending imposition of sentencing would not be appropriate.

REPORT AND RECOMMENDATION - 2

## RECOMMENDATION

**NOW THEREFORE IT IS HEREBY RECOMMENDED:**

1) The District Court accept Defendant Guillermo Farias Jr.'s plea of guilty to Count Two of the Superseding Indictment (Dkt. 5); and

2) The District Court continue Defendant's release subject to the conditions of release set at the time of Defendant's initial appearance (Dkt. 19).

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: May 6, 2015

_____
CANDY WAGAHOFF DALE
CHIEF U.S. MAGISTRATE JUDGE