UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GUILLERMO FARIAS, JR.,<br><br>　　　　　　Defendant. | Case No. 1:14-cr-00199-BLW<br><br>**ORDER** |

The testing lab, Alere, shall provide defense counsel's designated testing lab with the subject sample for testing in this case. However, the testing lab designated by defense counsel must be certified by the Substance Abuse and Mental Health Services Administration, which is the governmental agency that regulates testing labs.

**IT IS SO ORDERED.**

DATED: September 16, 2015

B. Lynn Winmill
Chief Judge
United States District Court

**ORDER - 1**